# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1651

_____

United States of America,

        Appellee,

v.

Gregory Lamont Charles,

        Appellant.

\* Appeal from the United States
\* District Court for the Eastern
\* District of Arkansas.
\* 
\* [UNPUBLISHED]

_____

Submitted:  April 6, 2001

Filed:  April 18, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Gregory Lamont Charles contends the district court committed reversible error by refusing to declare a mistrial and by allowing the government to bolster the testimony of one of its witnesses.  Having satisfied ourselves that the district court correctly resolved Charles's challenges and that the appeal simply involves the application of settled principles of law to unique facts, we conclude the issues do not warrant a comprehensive opinion.  We thus reject Charles's contentions and affirm his conviction without further discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.